UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
   NEWARK VICINAGE
   Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on November 30, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor

_____
In Re:                                                    )     Case No.:  15-22763-RG
                                                              )
                                                              )     Chapter:  13
**Dominique M. St. Preux**                 )
                                                              )     Judge:  Rosemary Gambardella
                                                              )
_____Debtors.___)

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 30, 2016**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Case No.: 15-22763-RG
Dominique M. St. Preux

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$762.50** for services rendered and expenses in the amount of **$6.67** for a total of **$769.17.** The allowance shall be payable:

__X__    through the Chapter 13 Plan as an administrative priority.

This will not impact current Plan Payments of:   $1,500.00 per Month

2