**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

NEWARK VICINAGE

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on November 30, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor

_____

| | |
|---|---|
| In Re: ) | Case No.:  15-22763-RG |
| ) | |
| ) | Chapter:  13 |
| **Dominique M. St. Preux** ) | |
| ) | Judge:  Rosemary Gambardella |
| ) | |
| _____ Debtors.  ) | |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 30, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Case No.:  15-22763-RG
Dominique M. St. Preux

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$762.50** for services rendered and expenses in the amount of **$6.67** for a total of **$769.17.**  The allowance shall be payable:

  **X**    through the Chapter 13 Plan as an administrative priority.

This will not impact current Plan Payments of:   $1,500.00 per Month

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-22763-RG
Dominique M. St. Preux                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Dec 01, 2016
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db            +Dominique M. St. Preux,    1128 St. Louis Avenue,    Hillside, NJ 07205-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Ralph A Ferro, Jr    on behalf of Debtor Dominique M. St. Preux ralphferrojr@msn.com
                                                                                      TOTAL: 4