Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  15−22763−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominique M. St. Preux
   aka Dominique Marcelle SaintPreux, fka
   Dominique M. Magliore
   1128 St. Louis Avenue
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−6334

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/20/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 21, 2017
JAN: rah

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dominique M. St. Preux  
      Debtor

Case No. 15-22763-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Mar 21, 2017  
                      Form ID: 148      Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
```
db            +Dominique M. St. Preux,    1128 St. Louis Avenue,    Hillside, NJ 07205-2608
515609986     +FNB Omaha,    Box 3412,    Omaha, NE 68197-0001
515637872     +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
515609988     +Glazer & Kamel,    1207 E Grand Street,    #3,    Elizabeth, NJ 07201-2328
515628044     +Jackson Capital Inc.,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                Parsippany, NJ 07054-4609
515609990     +Kivitz McKeever Lee, P.C.,    Suite 500,    701 Market Street,    Philadelphia, PA 19106-1541
515790409     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515609991      Midland Mortgage,    666 Northwest Grand Blvd,    Oklahoma City, OK 73118
515609992     +Pierre C. Magliore,    320 Pershing Avenue,    Carteret, NJ 07008-3023
515609994     +Summit Medical Group, PA,    1 Diamond Hill Road,    Berkeley Heights, NJ 07922-2104
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 22 2017 00:40:15      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 22 2017 00:40:12      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
515609981     +EDI: CAPITALONE.COM Mar 22 2017 00:18:00      Capital One Bank,    4851 Cox Road,
                Glen Allen, VA 23060-6293
515715417      EDI: CAPITALONE.COM Mar 22 2017 00:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
515609982     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 22 2017 00:40:43      Comcast,
                800 Rahay Avenue,    Union, NJ 07083-6691
515609983     +EDI: WFNNB.COM Mar 22 2017 00:23:00      Comenity Bank,    One Righter Pkwy,    Suite 100,
                Wilmington, DE 19803-1533
515609984     +E-mail/Text: electronicbkydocs@nelnet.net Mar 22 2017 00:40:19      Dept of Ed/ NelNet,
                121 S 13th Street,    Lincoln, NE 68508-1904
515664670     +EDI: DISCOVER.COM Mar 22 2017 00:18:00      Discover Bank,    Discover Products Inc,    POB 3025,
                New Albany OH 43054-3025
515609985     +E-mail/Text: bknotice@erccollections.com Mar 22 2017 00:40:19      Enhanced Recovery,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
515609987      EDI: RMSC.COM Mar 22 2017 00:18:00      GECRB/Lowes,    Box 965005,    Orlando, FL 32896-5005
515609989     +EDI: CITICORP.COM Mar 22 2017 00:18:00      Home Depot,    Box 6497,    Sioux Falls, SD 57117-6497
515784474      EDI: PRA.COM Mar 22 2017 00:23:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                POB 41067,    Norfolk VA 23541
515609993     +EDI: PRA.COM Mar 22 2017 00:23:00      Portfolio Recovery Services,    130 Corporate Blvd,
                Norfolk, VA 23502-4952
515624872      EDI: Q3G.COM Mar 22 2017 00:23:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
515620721     +E-mail/Text: electronicbkydocs@nelnet.net Mar 22 2017 00:40:19      U.S. Department of Education,
                C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                              TOTAL: 15
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 21, 2017
                              Form ID: 148             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg     magecf@magtrustee.com
        Ralph A Ferro, Jr    on behalf of Debtor Dominique M. St. Preux ralphferrojr@msn.com
        TOTAL: 4

Case 15-22763-RG    Doc 42    Filed 03/23/17    Entered 03/24/17 00:38:57    Desc Imaged
Certificate of Notice    Page 3 of 3